# Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-260-570**

**Effective Date of Registration:**
June 30, 2021
**Registration Decision Date:**
July 27, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 01, 2021 to June 10, 2021

### Title

**Title of Group:** Group Registration Photos, by Garey Gomez, published Apr. 1, 2021 to June 30, 2021; 595 photos

**Number of Photographs in Group:** 595

- **Individual Photographs:** 20210401.PerkinsWill_EmoryAAE_Exterior-22-2.jpg,20210401.PerkinsWill_EmoryAAE_Exterior-22.jpg,20210401.PerkinsWill_EmoryAAE_Exterior-34.jpg,20210401.PerkinsWill_EmoryAAE_Exterior-100-2.jpg,20210401.PerkinsWill_EmoryAAE_Exterior-100.jpg,20210401.PerkinsWill_EmoryAAE_Exterior-104.jpg,20210401.PerkinsWill_EmoryAAE_Exterior-175.jpg,20210407.25CandlerRd-5.jpg,20210407.25CandlerRd-8.jpg,20210407.25CandlerRd-13.jpg,20210407.25CandlerRd-16.jpg,20210407.25CandlerRd-19.jpg,20210407.25CandlerRd-22.jpg,20210407.25CandlerRd-25.jpg,20210407.25CandlerRd-28.jpg,20210407.25CandlerRd-31.jpg,20210407.25CandlerRd-34.jpg,20210407.25CandlerRd-37.jpg,20210407.25CandlerRd-40.jpg,20210407.25CandlerRd-43.jpg,20210407.25CandlerRd-46.jpg,20210407.25CandlerRd-49.jpg,20210407.25CandlerRd-57.jpg,20210407.25CandlerRd-61.jpg,20210407.25CandlerRd-63.jpg,20210407.25CandlerRd-67.jpg,20210407.25CandlerRd-74.jpg,20210407.25CandlerRd-76.jpg,20210407.25CandlerRd-78.jpg,20210407.25CandlerRd-83.jpg,20210407.25CandlerRd-89.jpg,20210407.25CandlerRd-92.jpg,20210407.25CandlerRd-96.jpg,20210407.25CandlerRd-100.jpg,20210407.25CandlerRd-104.jpg,20210407.25CandlerRd-107.jpg,20210407.25CandlerRd-109.jpg,20210407.25CandlerRd-111.jpg,20210407.25CandlerRd-114.jpg,20210407.25CandlerRd-118.jpg,20210407.25CandlerRd-122.jpg,20210407.25CandlerRd-124.jpg,20210407.25CandlerRd-127.jpg,20210407.25CandlerRd-132.jpg,20210407.25CandlerRd-136.jpg,20210407.25CandlerRd-142.jpg,20210408.600Bonaventure#8-1.jpg,20210408.600Bonaventure#8-4-2.jpg,20210408.600Bonaventure#8-7-2.jpg,20210408.600Bonaventure#8-20-2.jpg,20210408.600Bonaventure#8-22-2.jpg,20210408.600Bonaventure#8-28-2-2.jpg,20210408.600Bonaventure#8-28-2.jpg,20210408.600Bonaventure#8-31-2-2.jpg,20210408.600Bonaventure#8-31-2.jpg,20210409.164WalthallStSE-

2.jpg,20210409.164WalthallStSE-5.jpg,20210409.903RosedaleRd-2.jpg,20210409.903RosedaleRd-8.jpg,20210409.903RosedaleRd-11.jpg,20210409.903RosedaleRd-17.jpg,20210409.903RosedaleRd-20.jpg,20210409.903RosedaleRd-22.jpg

**Published:** April 2021

- **Individual Photographs:** 20210409.903RosedaleRd-29.jpg,20210409.903RosedaleRd-31.jpg,20210409.903RosedaleRd-33.jpg,20210409.903RosedaleRd-35.jpg,20210409.903RosedaleRd-39.jpg,20210409.903RosedaleRd-43.jpg,20210409.903RosedaleRd-45.jpg,20210409.903RosedaleRd-48.jpg,20210409.903RosedaleRd-51.jpg,20210409.903RosedaleRd-63.jpg,20210409.903RosedaleRd-66.jpg,20210409.1258HillStSE-1.jpg,20210409.1258HillStSE-6.jpg,20210409.1258HillStSE-10.jpg,20210409.1258HillStSE-14.jpg,20210409.1258HillStSE-18.jpg,20210409.1258HillStSE-23.jpg,20210409.1258HillStSE-27.jpg,20210409.1258HillStSE-31.jpg,20210420.170Boulevard#D230-1.jpg,20210420.170Boulevard#D230-6.jpg,20210420.170Boulevard#D230-11.jpg,20210420.170Boulevard#D230-14.jpg,20210420.170Boulevard#D230-16.jpg,20210420.170Boulevard#D230-19.jpg,20210420.170Boulevard#D230-22.jpg,20210420.170Boulevard#D230-24.jpg,20210420.170Boulevard#D230-27.jpg,20210420.170Boulevard#D230-31.jpg,20210420.170Boulevard#D230-36.jpg,20210420.170Boulevard#D230-39.jpg,20210420.170Boulevard#D230-42.jpg,20210420.170Boulevard#D230-47.jpg,20210420.170Boulevard#D230-53.jpg,20210420.170Boulevard#D230-55.jpg,20210420.170Boulevard#D230-64.jpg,20210420.170Boulevard#D230-67.jpg,20210420.170Boulevard#D230-69.jpg,20210420.170Boulevard#D230-71.jpg,20210420.170Boulevard#D230-73.jpg,20210420.170Boulevard#D230-78.jpg,20210420.170Boulevard#D230-82.jpg,20210420.170Boulevard#D230-97.jpg,20210420.170Boulevard#D230-100.jpg,20210420.170Boulevard#D230-103.jpg,20210420.170Boulevard#D230-106.jpg,20210420.170Boulevard#D230-109.jpg,20210420.170Boulevard#D230-112.jpg,20210420.170Boulevard#D230-118.jpg,20210420.170Boulevard#D230-125.jpg,20210420.170Boulevard#D230-131.jpg,20210420.212CambridgeAve_360-1.jpg,20210420.212CambridgeAve_360-2.jpg,20210420.212CambridgeAve_360-3.jpg,20210420.212CambridgeAve_360-4.jpg,20210420.212CambridgeAve_360-5.jpg,20210420.212CambridgeAve_360-6.jpg,20210420.212CambridgeAve_360-7.jpg,20210420.212CambridgeAve_360-8.jpg,20210420.212CambridgeAve_360-9.jpg

**Published:** April 2021

- **Individual Photographs:** 20210420.212CambridgeAve_360-10.jpg,20210420.212CambridgeAve_360-11.jpg,20210420.212CambridgeAve_360-12.jpg,20210420.212CambridgeAve_360-13.jpg,20210420.212CambridgeAve_360-14.jpg,20210420.212CambridgeAve_360-15.jpg,20210420.212CambridgeAve_360-16.jpg,20210420.212CambridgeAve_360-17.jpg,20210420.212CambridgeAve_360-18.jpg,20210420.212CambridgeAve_360-19.jpg,20210420.212CambridgeAve_360-20.jpg,20210420.212CambridgeAve_360-21.jpg,20210420.212CambridgeAve_360-



22.jpg,20210420.212CambridgeAve_360-23.jpg,20210420.212CambridgeAve_360-24.jpg,20210420.212CambridgeAve_360-25.jpg,20210420.212CambridgeAve_360-26.jpg,20210420.212CambridgeAve-2.jpg,20210420.212CambridgeAve-7.jpg,20210420.212CambridgeAve-11.jpg,20210420.212CambridgeAve-14.jpg,20210420.212CambridgeAve-20.jpg,20210420.212CambridgeAve-24.jpg,20210420.212CambridgeAve-26.jpg,20210420.212CambridgeAve-28.jpg,20210420.212CambridgeAve-30.jpg,20210420.212CambridgeAve-35.jpg,20210420.212CambridgeAve-38.jpg,20210420.212CambridgeAve-42.jpg,20210420.212CambridgeAve-44.jpg,20210420.212CambridgeAve-46.jpg,20210420.212CambridgeAve-52.jpg,20210420.212CambridgeAve-58.jpg,20210420.212CambridgeAve-63.jpg,20210420.212CambridgeAve-66.jpg,20210420.212CambridgeAve-72.jpg,20210420.212CambridgeAve-75.jpg,20210420.212CambridgeAve-80.jpg,20210420.212CambridgeAve-85.jpg,20210420.212CambridgeAve-88.jpg,20210420.212CambridgeAve-94.jpg,20210420.212CambridgeAve-96.jpg,20210420.212CambridgeAve-100.jpg,20210420.212CambridgeAve-103.jpg,20210420.212CambridgeAve-106.jpg,20210420.212CambridgeAve-109.jpg,20210420.212CambridgeAve-115.jpg,20210420.212CambridgeAve-118.jpg,20210420.212CambridgeAve-121.jpg,20210420.1371CusterWaySE-17.jpg,20210420.1371CusterWaySE-21.jpg,20210420.1371CusterWaySE-25.jpg,20210420.1371CusterWaySE-28.jpg,20210420.1371CusterWaySE-31.jpg,20210420.1371CusterWaySE-35.jpg,20210420.1371CusterWaySE-39.jpg,20210420.1371CusterWaySE-43.jpg,20210420.1371CusterWaySE-47.jpg,20210420.1371CusterWaySE-51.jpg,20210420.1371CusterWaySE-53.jpg

**Published:** April 2021

- **Individual Photographs:** 20210420.1371CusterWaySE-59.jpg,20210420.1371CusterWaySE-64.jpg,20210420.1371CusterWaySE-71.jpg,20210420.1371CusterWaySE-75.jpg,20210420.1371CusterWaySE-77.jpg,20210420.1371CusterWaySE-82.jpg,20210420.1371CusterWaySE-85.jpg,20210420.1371CusterWaySE-88.jpg,20210420.1371CusterWaySE-92.jpg,20210420.1371CusterWaySE-96.jpg,20210420.1371CusterWaySE-99.jpg,20210420.1371CusterWaySE-102.jpg,20210420.1371CusterWaySE-105.jpg,20210420.1371CusterWaySE-110.jpg,20210420.1371CusterWaySE-112.jpg,20210420.1371CusterWaySE-117.jpg,20210420.1371CusterWaySE-119.jpg,20210420.1371CusterWaySE-121.jpg,20210420.1371CusterWaySE-125.jpg,20210420.1371CusterWaySE-129.jpg,20210420.1371CusterWaySE-133.jpg,20210420.1371CusterWaySE-137.jpg,20210420.1371CusterWaySE-140.jpg,20210420.1371CusterWaySE-143.jpg,20210420.1371CusterWaySE-146.jpg,20210420.1371CusterWaySE-149.jpg,20210420.1371CusterWaySE-152.jpg,20210420.1371CusterWaySE-154.jpg,20210420.1371CusterWaySE-157.jpg,20210422.04222021_TVS-Design_Mercer-18-2.jpg,20210422.04222021_TVS-Design_Mercer-18.jpg,20210422.04222021_TVS-Design_Mercer-83-2.jpg,20210422.04222021_TVS-Design_Mercer-83.jpg,20210422.04222021_TVS-Design_Mercer-90.jpg,20210422.04222021_TVS-Design_Mercer-112.jpg,20210422.04222021_TVS-Design_Mercer-162.jpg,20210422.04222021_TVS-Design_Mercer-206.jpg,20210422.04222021_TVS-Design_Mercer-277.jpg,20210422.04222021_TVS-Design_Mercer-331.jpg,20210422.04222021_TVS-Design_Mercer-352.jpg,20210422.04222021_TVS-Design_Mercer-361.jpg,20210422.04222021_TVS-Design_Mercer-373.jpg,20210423.04232021_TVS-Design_Mercer-28.jpg,20210423.04232021_TVS-Design_Mercer-80-2.jpg,20210423.04232021_TVS-Design_Mercer-

80.jpg,20210423.04232021_TVS-Design_Mercer-130.jpg,20210423.04232021_TVS-Design_Mercer-183.jpg,20210427.04272021_HRD_Emory_Parking_Deck-126.jpg,20210427.04272021_HRD_Emory_Parking_Deck-146.jpg,20210427.04272021_HRD_Emory_Parking_Deck-261-2.jpg,20210427.04272021_HRD_Emory_Parking_Deck-267-2.jpg,20210427.04272021_HRD_Emory_Parking_Deck-347-2.jpg

**Published:** April 2021

- **Individual Photographs:** 20210427.04272021_HRD_Emory_Parking_Deck-415-2-2.jpg,20210427.04272021_HRD_Emory_Parking_Deck-415-2.jpg,20210427.04272021_HRD_Emory_Parking_Deck-517-2.jpg,20210427.04272021_HRD_Emory_Parking_Deck-695.jpg,20210427.04272021_HRD_Emory_Parking_Deck-869.jpg,20210427.04272021_HRD_Emory_Parking_Deck-883.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1017.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1167.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1209.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1295.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1341.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1378.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1393.jpg,20210427.04272021_HRD_Emory_Parking_Deck-1487.jpg,20210428.04282021_HRD_Emory_Parking_Deck-343.jpg,20210428.04282021_HRD_Emory_Parking_Deck-394.jpg,20210428.04282021_HRD_Emory_Parking_Deck-415.jpg,20210428.04282021_HRD_Emory_Parking_Deck-431.jpg,20210428.04282021_HRD_Emory_Parking_Deck-474.jpg,

**Published:** April 2021

- **Individual Photographs:** 20210511.49KrogSt#61Staged-2.jpg,20210511.49KrogSt#61Staged-9.jpg,20210511.49KrogSt#61Staged-12.jpg,20210511.49KrogSt#61Staged-16.jpg,20210511.49KrogSt#61Staged-20.jpg,20210511.49KrogSt#61Staged-26.jpg,20210511.49KrogSt#61Staged-30.jpg,20210511.49KrogSt#61Staged-32.jpg,20210511.49KrogSt#61Staged-36.jpg,20210511.49KrogSt#61Staged-39.jpg,20210511.49KrogSt#61Staged-42.jpg,20210511.49KrogSt#61Staged-49.jpg,20210511.49KrogSt#61Staged-53.jpg,20210511.49KrogSt#61Staged-58.jpg,20210511.49KrogSt#61Staged-67.jpg,20210511.49KrogSt#61Staged-73.jpg,20210511.49KrogSt#61Staged-76.jpg,20210511.49KrogSt#61Staged-81.jpg,20210511.49KrogSt#61Staged-85.jpg,20210511.49KrogSt#61Staged-92.jpg,20210511.49KrogSt#61Staged-97.jpg,20210511.49KrogSt#61Staged-102.jpg,20210511.49KrogSt#61Staged-105.jpg,20210511.49KrogSt#61Staged-111.jpg,20210511.49KrogSt#61Staged-120.jpg,20210511.49KrogSt#61Staged-124.jpg,20210511.49KrogSt#61Staged-131.jpg,20210511.49KrogSt#61Staged-136.jpg,20210511.49KrogSt#61Staged-139.jpg,20210511.49KrogSt#61Staged-147.jpg,20210511.49KrogSt#61Staged-159.jpg,20210511.49KrogSt#61Staged-165.jpg,20210511.49KrogSt#61Staged-167.jpg,20210511.49KrogSt#61Staged-175.jpg,20210511.49KrogSt#61Staged-185.jpg,20210511.49KrogSt#61Staged-194.jpg,20210511.49KrogSt#61Staged-208.jpg,20210512.171SpenceAve-3.jpg,20210512.171SpenceAve-9.jpg,20210512.171SpenceAve-13.jpg,20210512.171SpenceAve-23.jpg,20210512.171SpenceAve-



31.jpg,20210512.171SpenceAve-39.jpg,20210512.171SpenceAve-43.jpg,20210512.171SpenceAve-51.jpg,20210512.171SpenceAve-55.jpg,20210512.171SpenceAve-61.jpg,20210512.171SpenceAve-67.jpg,20210512.171SpenceAve-73.jpg,20210512.171SpenceAve-81.jpg,20210512.171SpenceAve-91.jpg,20210512.171SpenceAve-95.jpg,20210512.171SpenceAve-99.jpg,20210512.171SpenceAve-105.jpg,20210512.171SpenceAve-109.jpg,20210512.171SpenceAve-115.jpg,20210512.171SpenceAve-121.jpg,20210512.171SpenceAve-129.jpg,20210513.206GardenLn-1.jpg,20210513.206GardenLn-4.jpg,20210513.206GardenLn-9.jpg,20210513.206GardenLn-11.jpg

**Published:** May 2021

- **Individual Photographs:** 20210513.206GardenLn-14.jpg,20210513.206GardenLn-18.jpg,20210513.206GardenLn-21.jpg,20210513.206GardenLn-24.jpg,20210513.206GardenLn-27.jpg,20210513.206GardenLn-38.jpg,20210513.206GardenLn-43.jpg,20210513.206GardenLn-47.jpg,20210513.206GardenLn-50.jpg,20210513.206GardenLn-54.jpg,20210513.206GardenLn-62.jpg,20210513.206GardenLn-64.jpg,20210513.206GardenLn-67.jpg,20210513.206GardenLn-71.jpg,20210513.206GardenLn-76.jpg,20210513.206GardenLn-79.jpg,20210513.206GardenLn-82.jpg,20210513.206GardenLn-85.jpg,20210513.206GardenLn-88.jpg,20210513.206GardenLn-91.jpg,20210513.206GardenLn-93.jpg,20210513.206GardenLn-99.jpg,20210513.206GardenLn-102.jpg,20210513.206GardenLn-104-HDR.jpg,20210513.206GardenLn-109-HDR.jpg,20210513.206GardenLn-114-HDR.jpg,20210513.206GardenLn-122.jpg,20210514.171Spence_Exterior-2.jpg,20210514.171Spence_Exterior-5.jpg,20210514.171Spence_Exterior-12.jpg,20210514.171Spence_Exterior-14-HDR.jpg,20210514.171Spence_Exterior-28-HDR.jpg,20210514.171Spence_Exterior-32.jpg,20210514.171Spence_Exterior-37.jpg,20210514.171Spence_Exterior-43.jpg,20210518.700BerneStSE_Drone-61-Pano-2.jpg,20210518.700BerneStSE_Drone-61-Pano.jpg,20210518.700BerneStSE_Drone-76-2.jpg,20210518.700BerneStSE_Drone-76.jpg,20210518.700BerneStSE_Drone-81.jpg,20210518.700BerneStSE_Drone-86-2.jpg,20210518.700BerneStSE_Drone-86.jpg,20210518.700BerneStSE_Drone-97-2.jpg,20210518.700BerneStSE_Drone-97.jpg,20210518.700BerneStSE-7.jpg,20210518.700BerneStSE-11.jpg,20210518.700BerneStSE-14.jpg,20210518.700BerneStSE-17.jpg,20210518.700BerneStSE-23.jpg,20210518.700BerneStSE-26.jpg,20210518.700BerneStSE-29.jpg,20210518.700BerneStSE-32.jpg,20210518.700BerneStSE-40.jpg,20210518.700BerneStSE-43.jpg,20210518.700BerneStSE-46.jpg,20210518.700BerneStSE-49.jpg,20210518.700BerneStSE-55.jpg,20210518.700BerneStSE-58.jpg,20210518.700BerneStSE-61.jpg,20210518.700BerneStSE-68.jpg,20210518.700BerneStSE-71.jpg,20210518.700BerneStSE-74.jpg,20210518.700BerneStSE-79.jpg,20210518.700BerneStSE-81.jpg

**Published:** May 2021

- **Individual Photographs:** 20210518.700BerneStSE-84.jpg,20210518.700BerneStSE-87.jpg,20210518.700BerneStSE-91.jpg,20210518.700BerneStSE-95.jpg,20210518.700BerneStSE-97.jpg,20210518.700BerneStSE-102.jpg,20210518.700BerneStSE-104.jpg,20210518.700BerneStSE-106.jpg,20210518.700BerneStSE-108.jpg,20210518.700BerneStSE-111.jpg,20210518.700BerneStSE-117.jpg,20210518.700BerneStSE-

123.jpg,20210518.700BerneStSE-128.jpg,20210518.700BerneStSE-130.jpg,20210518.700BerneStSE-132.jpg,20210518.700BerneStSE-139.jpg,20210518.700BerneStSE-142.jpg,20210518.700BerneStSE-145.jpg,20210518.700BerneStSE-154.jpg,20210518.700BerneStSE-156.jpg,20210518.700BerneStSE-160.jpg,20210518.700BerneStSE-167.jpg,20210518.700BerneStSE-171.jpg,20210518.700BerneStSE-174.jpg,20210518.700BerneStSE-177.jpg,20210518.700BerneStSE-188.jpg,20210524.723UnitedScouting-1.jpg,20210524.723UnitedScouting-3.jpg,20210524.723UnitedScouting-4.jpg,20210524.723UnitedScouting-5.jpg,20210524.723UnitedScouting-13.jpg,20210524.723UnitedScouting-16.jpg,20210524.723UnitedScouting-20.jpg,20210524.723UnitedScouting-23.jpg,20210524.723UnitedScouting-24.jpg,20210524.723UnitedScouting-25.jpg,20210524.723UnitedScouting-28.jpg,20210524.723UnitedScouting-29.jpg,20210524.723UnitedScouting-30.jpg,20210524.723UnitedScouting-32.jpg,20210524.723UnitedScouting-34.jpg,20210524.723UnitedScouting-40.jpg,20210524.723UnitedScouting-42.jpg,20210524.723UnitedScouting-44.jpg,20210524.723UnitedScouting-49.jpg,20210524.723UnitedScouting-51.jpg,20210524.723UnitedScouting-53.jpg,20210524.723UnitedScouting-54.jpg,20210524.723UnitedScouting-55.jpg,20210524.723UnitedScouting-56.jpg,20210524.723UnitedScouting-57.jpg,20210524.723UnitedScouting-59.jpg,20210524.723UnitedScouting-63.jpg,20210524.723UnitedScouting-67.jpg,20210524.723UnitedScouting-69.jpg,20210524.723UnitedScouting-71.jpg,20210524.723UnitedScouting-72.jpg,20210524.723UnitedScouting-73.jpg,20210524.723UnitedScouting-75.jpg,20210524.723UnitedScouting-78.jpg,20210524.723UnitedScouting-82.jpg,20210524.723UnitedScouting-86.jpg

**Published:** May 2021

- **Individual Photographs:** 20210524.723UnitedScouting-88.jpg,20210524.723UnitedScouting-89.jpg,20210524.723UnitedScouting-90.jpg,20210524.723UnitedScouting-93-2.jpg,20210524.723UnitedScouting-93.jpg,20210524.723UnitedScouting-94-2.jpg,20210524.723UnitedScouting-94.jpg,20210524.723UnitedScouting-96.jpg,20210524.723UnitedScouting-97.jpg,20210524.723UnitedScouting-103.jpg,20210524.723UnitedScouting-105.jpg,20210524.723UnitedScouting-107-2.jpg,20210524.723UnitedScouting-107.jpg,20210524.723UnitedScouting-110.jpg,20210524.723UnitedScouting-113.jpg,20210524.723UnitedScouting-116.jpg,20210524.723UnitedScouting-119.jpg,20210524.723UnitedScouting-120.jpg,20210524.723UnitedScouting-127.jpg,20210524.723UnitedScouting-129.jpg,20210524.723UnitedScouting-136.jpg,20210526.ARCHITECTUREFIRM_723United-13-HDR.jpg,20210526.ARCHITECTUREFIRM_723United-29.jpg,20210526.ARCHITECTUREFIRM_723United-36.jpg,20210526.ARCHITECTUREFIRM_723United-53.jpg,20210526.ARCHITECTUREFIRM_723United-61.jpg,20210526.ARCHITECTUREFIRM_723United-73.jpg,20210526.ARCHITECTUREFIRM_723United-85.jpg,20210526.ARCHITECTUREFIRM_723United-88.jpg,20210526.ARCHITECTUREFIRM_723United-95-2.jpg,20210526.ARCHITECTUREFIRM_723United-102-2.jpg,20210526.ARCHITECTUREFIRM_723United-102.jpg,20210526.ARCHITECTUREFIRM_723United-112.jpg,20210526.ARCHITECTUREFIRM_723United-119-HDR.jpg,20210526.ARCHITECTUREFIRM_723United-127.jpg,20210526.ARCHITECTUREFIRM_723United-145-2.jpg,20210526.ARCHITECTUREFIRM_723United-161.jpg,20210526.ARCHITECTUREFIRM_723United-172.jpg,20210526.ARCHITECTUREFIRM_723United-178.jpg,20210526.ARCHITECTUREFIRM_723United-



189.jpg,20210526.ARCHITECTUREFIRM_723United-224.jpg,20210526.ARCHITECTUREFIRM_723United-227.jpg,20210526.ARCHITECTUREFIRM_723United-277.jpg,20210526.ARCHITECTUREFIRM_723United-281-2.jpg,20210526.ARCHITECTUREFIRM_723United-322-2.jpg,20210526.ARCHITECTUREFIRM_723United-322-3.jpg,20210526.ARCHITECTUREFIRM_723United-322.jpg,20210527.506NelsonFerryMural-2-2.jpg,20210527.506NelsonFerryMural-2.jpg,20210530.49KroStg#77-3.jpg

**Published:** May 2021

- **Individual Photographs:** 20210530.49KroStg#77-6.jpg,20210530.49KroStg#77-9.jpg,20210530.49KroStg#77-14.jpg,20210530.49KroStg#77-20.jpg,20210530.49KroStg#77-23.jpg,20210530.49KroStg#77-26.jpg,20210530.49KroStg#77-29.jpg,20210530.49KroStg#77-32.jpg,20210530.49KroStg#77-39.jpg,20210530.49KroStg#77-41.jpg,20210530.49KroStg#77-48.jpg,20210530.49KroStg#77-57.jpg,20210530.49KroStg#77-60.jpg,20210530.49KroStg#77-63.jpg,20210530.49KroStg#77-66.jpg,20210530.49KroStg#77-70.jpg,20210530.49KroStg#77-73.jpg,20210530.49KroStg#77-77.jpg,20210530.49KroStg#77-81.jpg,20210530.49KroStg#77-86.jpg,20210530.49KroStg#77-93.jpg,20210530.49KroStg#77-98.jpg,20210530.49KroStg#77-100.jpg,20210530.49KroStg#77-104.jpg,20210530.49KroStg#77-108.jpg,20210530.49KroStg#77-111.jpg,20210530.49KroStg#77-117.jpg,20210530.49KroStg#77-122.jpg,20210530.49KroStg#77-133.jpg,20210530.49KroStg#77-136.jpg,20210530.49KroStg#77-140.jpg,20210530.49KroStg#77-143.jpg,20210530.49KroStg#77-147.jpg,20210530.49KroStg#77-151.jpg,20210530.49KroStg#77-157.jpg,20210530.49KroStg#77-163.jpg,20210530.49KroStg#77-166.jpg,20210530.49KroStg#77-172.jpg,20210530.49KroStg#77-189.jpg,

**Published:** May 2021

- **Individual Photographs:** 20210609.506NelsonFerry-2.jpg,20210609.506NelsonFerry-5.jpg,20210609.506NelsonFerry-8.jpg,20210609.506NelsonFerry-14.jpg,20210609.506NelsonFerry-17.jpg,20210609.506NelsonFerry-20.jpg,20210609.506NelsonFerry-23.jpg,20210609.506NelsonFerry-31.jpg,20210609.506NelsonFerry-34.jpg,20210609.506NelsonFerry-37.jpg,20210609.506NelsonFerry-40.jpg,20210609.506NelsonFerry-42.jpg,20210609.506NelsonFerry-46.jpg,20210609.506NelsonFerry-49.jpg,20210609.506NelsonFerry-51.jpg,20210609.506NelsonFerry-53.jpg,20210609.506NelsonFerry-55.jpg,20210609.506NelsonFerry-60.jpg,20210609.506NelsonFerry-64.jpg,20210609.506NelsonFerry-66.jpg,20210609.506NelsonFerry-69.jpg,20210609.506NelsonFerry-71.jpg,20210609.506NelsonFerry-73.jpg,20210609.506NelsonFerry-76.jpg,20210609.506NelsonFerry-78.jpg,20210609.506NelsonFerry-80.jpg,20210609.506NelsonFerry-84.jpg,20210609.506NelsonFerry-89.jpg,20210609.506NelsonFerry-92.jpg,20210609.506NelsonFerry-95.jpg,20210609.506NelsonFerry-97.jpg,20210609.506NelsonFerry-100.jpg,20210609.506NelsonFerry-102.jpg,20210609.506NelsonFerry-109.jpg,20210609.506NelsonFerry-112.jpg,20210609.506NelsonFerry-117.jpg,20210609.506NelsonFerry-120.jpg,20210609.506NelsonFerry-122.jpg,20210609.506NelsonFerry-125.jpg,20210609.506NelsonFerry-128.jpg,20210609.506NelsonFerry-131.jpg,20210609.506NelsonFerry-136.jpg,20210609.506NelsonFerry-141.jpg,20210609.506NelsonFerry-144.jpg,20210609.506NelsonFerry-147.jpg,20210609.506NelsonFerry-149.jpg,20210609.506NelsonFerry-154.jpg,20210609.506NelsonFerry-162.jpg,20210609.506NelsonFerry-

165.jpg,20210610.DUNGEON_OOA_061021-6.jpg,20210610.DUNGEON_OOA_061021-13.jpg,20210610.DUNGEON_OOA_061021-24.jpg,20210610.DUNGEON_OOA_061021-38.jpg,20210610.DUNGEON_OOA_061021-63.jpg,20210610.DUNGEON_OOA_061021-87.jpg,20210610.DUNGEON_OOA_061021-102.jpg,20210610.DUNGEON_OOA_061021-118.jpg,20210610.DUNGEON_OOA_061021-137-2.jpg,20210610.DUNGEON_OOA_061021-137.jpg,20210610.DUNGEON_OOA_061021-154.jpg,20210610.DUNGEON_OOA_061021-183.jpg

**Published:** June 2021

- **Individual Photographs:** 20210610.DUNGEON_OOA_061021-209.jpg,20210610.DUNGEON_OOA_061021-216.jpg,20210610.DUNGEON_OOA_061021-232.jpg

  **Published:** June 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** April 01, 2021
**Latest Publication Date in Group:** June 10, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Garey C Gomez
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1981

## Copyright Claimant

**Copyright Claimant:** Garey C Gomez
307 Adair Street Apt E9, Decatur, GA, 30030, United States

## Rights and Permissions

**Name:** Garey C Gomez
**Email:** garey@gareygomez.com
**Telephone:** (404)941-4646
**Alt. Phone:** (609)462-8432
**Address:** 307 Adair Street Apt E9
Decatur, GA 30030 United States

## Certification

**Name:** Garey C Gomez
**Date:** June 30, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.