# Exhibit 2

Tue Oct 22 6:33

Future - MIX | MIXTAPE PL | mixtape pluto | FUTURE - M

ebay.com/itm/405254757501?chn=ps&_trkparms=ispr%3D...

Hi Garey! ∨      Daily Deals    Gift Cards    Help & Contact                          Sell      My eBay ∨

**ebay**    Shop by category ∨

Search for anything        All Categories ∨        **Search**

‹ Back to home page · Books, Movies & Music › Music › Vinyl Records        Share

Find similar items from    DIANA LYNN'S VINYLS (1.6K items sold)                    Sponsored



5 VIEWED IN THE LAST 24 HOU

1 ♡

 

Have one to sell? Sell now

## Similar Items

# FUTURE - MIXTAPE PLUTO Green Vinyl LP Artist Exclusive Sold Out! *CONFIRMED*

**bestelectronicfindz** (5)
85.7% positive · Seller's other items ·
Contact seller

## US $99.99

or Best Offer

No Interest if paid in full in 6 mo on $99+ with
PayPal Credit*

Condition: **New** ⓘ

**Buy It Now**

Add to cart

Make offer



Add to watchlist

Tue Oct 22 6:33



Future – MIX    MIXTAPE PLU    mixtape plut    FUTURE – MI    +

ebay.com/itm/405254757501?chn=ps&_trkparms=ispr%3D...

Hi Garey!    Daily Deals    Gift Cards    Help & Contact      Sell    My eBay

# ebay

Shop by category

Search for anything    All Categories

**Search**

‹ Back to home page › Books, Movies & Music › Music › Vinyl Records      Share

Find similar items from   DIANA LYNN'S VINYLS (1.6K items sold)      Sponsored



5 VIEWED IN THE LAST 24 HOU

1 ♡

## FUTURE - MIXTAPE PLUTO Green Vinyl LP Artist Exclusive Sold Out! *CONFIRMED*

bestelectronicfindz (5)
85.7% positive · Seller's other items ·
Contact seller

## US $99.99

or Best Offer

No Interest if paid in full in 6 mo on $99+ with
PayPal Credit*

Condition: **New** ⓘ

**Buy It Now**

Add to cart

Make offer

Add to watchlist



Have one to sell? Sell now

## Similar Items
Sponsored      See all





COLLECTIONS ⌄    SHOP UK







**MIXTAPE PLUTO BLACK VINYL**
**$27.98**
Pay in 4 interest-free installments for orders over $50.00 with **shop** **Pay**   Learn more

**ADD TO CART**

**MIXTAPE PLUTO BLACK VINYL** IS IN STOCK AND SHIPS WITHIN 3-5 BUSINESS DAYS

**BLACK VINYL DISC**

**1. TEFLON DON**
**2. LIL DEMON**
**3. SKI**
**4. READY TO COOK UP**
**5. PLUTOSKI**
**6. TOO FAST**
**7. OCEAN**
**8. PRESS THE BUTTON**
**9. MJ**
**10. BRAZZIER**
**11. SOUTH OF FRANCE**

**LIMITED TO 4 UNITS PER CUSTOMER**

**ALSO AVAILABLE**




COLLECTIONS ⌄        SHOP UK







**MIXTAPE PLUTO GREEN VINYL (ARTIST EXCLUSIVE)**
**$31.98**

**SOLD OUT**

**NOTIFY ME WHEN AVAILABLE**

***MIXTAPE PLUTO GREEN VINYL (ARTIST EXCLUSIVE)* IS IN STOCK AND SHIPS WITHIN 3-5 BUSINESS DAYS**

**EXCLUSIVE ALTERNATE COVER ARTWORK**

**GREEN VINYL DISC**

**1. TEFLON DON**
**2. LIL DEMON**
**3. SKI**
**4. READY TO COOK UP**
**5. PLUTOSKI**
**6. TOO FAST**
**7. OCEAN**
**8. PRESS THE BUTTON**
**9. MJ**
**10. BRAZZIER**
**11. SOUTH OF FRANCE**

**LIMITED TO 4 UNITS PER CUSTOMER**















genius.com/album_cover_arts/1219327



⚠ **This cover art annotation is unreviewed**

**Dipyo5** △ 10,338                                      a month ago

The album cover for "Mixtape Pluto" has an understated, almost nostalgic vibe that combines the rawness of the streets with the atmospheric feel of a low-lit recording studio. The setting is simple, with two worn wooden chairs under a dim purple glow, placed in what seems like an abandoned or retro home studio. A recording setup with old-school audio equipment sits in the back, capturing the essence of hard work and late-night grind sessions. The corner of the room is filled with vintage stereo speakers, a milk crate, and a subtle aura of mystery.

The purple lighting casts a shadowy, ethereal tone over the scene, with a hazy glow adding depth and an air of mystery, as if inviting the listener into the creative process behind the mixtape. The "Mixtape Pluto" title in bold, metallic pink font hovers in the top-right corner, shining with cosmic energy, giving a subtle nod to Future's larger-than-life persona.

The tracklist, written in a soft, glowing pink font, stretches across the bottom of the cover. The titles feel reflective of Future's iconic trap sound and personal evolution, hinting at themes of loyalty, loss, ambition, and dominance.

Epic Records branding and the familiar logo further anchor the cover, connecting Future's past work with his current state of artistry. The mood





# *Mixtape Pluto*

*Not to be confused with Pluto (Future album).*

***Mixtape Pluto*** is the seventeenth mixtape[a] by American rapper Future. It was released on September 20, 2024, through Freebandz and Epic Records, marking his first solo release in two years, following *I Never Liked You* (2022), his first mixtape in six years, following *Wrld on Drugs* with Juice Wrld (2018), and his first solo mixtape in eight years, following *Purple Reign* (2016).[5] It also marks Future's third release of 2024, following his duology with Metro Boomin, *We Don't Trust You* and *We Still Don't Trust You*.[3] With no guest appearances, the mixtape's production was primarily handled by Southside and Wheezy, with help from ATL Jacob, FnZ, Honorable C.N.O.T.E., London on da Track, Neenyo, and several other producers.[6]

It was supported by the single "Too Fast", which was released concurrently with the mixtape on September 20; music videos were additionally made for "Teflon Don" and "Ski".

## Background [edit]

On May 8, 2024, Future seemingly hinted towards the release of a mixtape to be released on May 10, which would actually turn out to be the release date from his then-upcoming feature on fellow American rapper Tee Grizzley's single, "Swear to God".[7][8] However, it would eventually turn out to be postponed. In July 2024, producer Southside revealed that he was working on the project and described the work as a "new sound, like a whole new vibe".[9] On September 2, four months after the project was first promised to be released, Future announced in a social media post that the mixtape was about to be released with a snippet of the song "Lil Demon" playing as he is seen in a recording studio.[10] The mixtape would also see preorders become available, along with the confirmation of its status as an album. To promote the release, a 30-second video trailer was shared the following week with another song playing in the background.[11] On September 6, fellow American rapper and singer Travis Scott teased the song "South of France", even though he is not featured on it. Future shared the artwork and release date alongside a snippet of a track titled "Too Fast" on September 11.[12] The track listing was revealed on September 17.[13]

## Critical reception [edit]

According to the review aggregator Metacritic, *Mixtape Pluto* currently has a score of 73 out of 100 based on four critic reviews, indicating "generally favorable" reception. Robin Murray for *Clash* wrote that the mixtape is "beset with jewels",



### Mixtape Pluto

**Mixtape by Future**

| | |
|---|---|
| **Released** | September 20, 2024 |
| **Length** | 44:52 |
| **Label** | Freebandz · Epic |
| **Producer** | 2forWoyne · 808 Jayy · ATL Jacob · AyoPeeb · BeatzByRRose · Carlton · Che' Fuego 3000 · Desro · DJ Champ · DY Krazy · FBG Goat · FnZ · Gedo · Honorable C.N.O.T.E. · Ike Beatz · Jack Uriah · Juke Wong · Koncept P · London on da Track · McCoy · MoXart Beatz · Neenyo · Nothingto$ay · Rocaine · Romil Hemnani · Sean Momberger · Smatt Sertified · Southside · Taurus · Topp · Wheezy · Yepes |

**Future chronology**

| *We Still Don't Trust You* (2024) | **Mixtape Pluto** (2024) | |
|---|---|---|

**Singles from *Mixtape Pluto***

1. "Too Fast"
   Released: September 20, 2024[1]

### Professional ratings

| Aggregate scores | |
|---|---|
| **Source** | **Rating** |