**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GAREY C. GOMEZ,

               Plaintiff,

v.

WILBURN HOLDING COMPANY,
INC. and SONY MUSIC HOLDINGS
INC. dba SONY MUSIC
ENTERTAINMENT

               Defendants.

**CASE NO.:  1:26-cv-00290-ELR**

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT SONY MUSIC ENTERTAINMENT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Gary C. Gomez ("Gomez") moves for an extension of time, up to and including March 30, 2026, within which Defendant Sony Music Entertainment ("SME"), incorrectly sued as Sony Music Holdings Inc., may serve a response to Plaintiff's Complaint [Doc. 1]. The grounds in support of this Motion are as follows:

1.      Plaintiff filed the Complaint in the Court concerning this action on January 16, 2026. [*See* Doc. 1]. Plaintiff asserts three (3) causes of action. Two (2) such causes of action are asserted against SME, whom Plaintiff alleges is directly liable, or together with Defendant Wilburn Holding Company, Inc., vicariously liable, to Plaintiff under various theories.

2.      SME was served with a copy of the Summons and Complaint on February 5, 2026.  Therefore, Defendant SME's response to the Complaint is due on or before February 26, 2026.

3.      The parties have been actively engaged in resolving the case without the unnecessary need for the expenditure of the Court's time and resources. Settlement discussions are ongoing.

4.      As the parties' settlement discussions are nascent, SME requires additional time to evaluate proposals for settlement.

5.      Accordingly, Plaintiff seeks a short extension of time, up to and including March 30, 2026, within which SME may file a response to the Complaint.

6.      Federal Rule of Civil Procedure 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made . . . before the original time . . . expires." Fed. R. Civ. P. 6(b)(1).

7.      Here, Plaintiff's request is timely made in advance of the respective deadline, and Plaintiff has demonstrated good cause for the requested extension.

8.      This Motion is being made in good faith and not for purposes of delay.

9.      Indeed, the requested extension of time will promote efficiency and judicial economy under the circumstances.

10.     Moreover, no party will be prejudiced by this requested brief extension of time. In fact, the case is in its infancy stage. Counsel for Plaintiff has conferred with SME and SME consents to the requested extension.

WHEREFORE, for the reasons set forth in this Motion, Plaintiff respectfully requests that the Court enter an order granting an extension of time, up to and including March 30, 2026, within which SME may file a response to Plaintiff's Complaint.

Dated: February 23, 2026                Respectfully submitted,


                                        /s/ Matthew L. Rollin
                                        MATTHEW L. ROLLIN (*Pro Hac Vice*)
                                        Matthew.rollin@sriplaw.com

                                        **SRIPLAW, P.A.**
                                        8730 Wilshire Boulevard
                                        Suite 350
                                        Beverly Hills, CA 90211
                                        323.452.5600 – Telephone
                                        561.404.4353 – Facsimile

                                        and

                                        ANTHONY J. UNDERWOOD
                                        Bar Number: 685078
                                        aj.underwood@sriplaw.com
                                        EVAN A. ANDERSEN
                                        Bar Number: 377422
                                        evan.andersen@sriplaw.com

3

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.200.0155 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Garey C. Gomez*