# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GAREY C. GOMEZ,

              Plaintiff,

v.

WILBURN HOLDING COMPANY,
INC. and SONY MUSIC HOLDINGS
INC. dba SONY MUSIC
ENTERTAINMENT

              Defendants.

**CASE NO.:  1:26-cv-00290-ELR**

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT SONY MUSIC ENTERTAINMENT TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Plaintiff GAREY C. GOMEZ's Unopposed Motion for Extension of Time for Defendant Sony Music Entertainment to Respond to Plaintiff's Complaint.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  Defendant Sony Music Entertainment shall have up to and including March 30, 2026 to respond to Plaintiff's Complaint.

Dated:

_____
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE