**CASE NO.: 1:26-cv-00290-ELR**

GAREY C. GOMEZ,

          Plaintiff,

v.

WILBURN HOLDING COMPANY,
INC. AND SONY MUSIC HOLDINGS
INC. dba SONY MUSIC
ENTERTAINMENT,

          Defendants.

---

## **<u>NOTICE OF SETTLEMENT</u>**

Plaintiff GAREY C. GOMEZ by and through his undersigned counsel,

hereby notifies the Court that the parties have reached a settlement and requests

until June 27, 2026 in which to file a Notice of Dismissal.

Dated: April 28, 2026          Respectfully submitted,

          */s/ Anthony J. Underwood*
          ANTHONY J. UNDERWOOD
          Bar Number: (GA) 685078 (FL) 1056640
          (TN) 041350
          aj.underwood@sriplaw.com

          EVAN A. ANDERSEN
          Bar Number: 377422
          evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Garey C. Gomez*